**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Plaintiff*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHLOMO KLEIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PINTEREST, INC., BENJAMIN SILBERMANN, and TODD MORGENFELD, <br><br> Defendants. | Case No. 5:21-cv-04220-LHK |

## NOTICE OF VOLUNTARY DISMISSAL

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Klein v. Pinterest, Inc. et al.*, No. 5:21-cv-04220-LHK, brought before the United States District Court for the Northern District of California, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Shlomo Klein hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated:  July 8, 2021                                              Respectfully submitted,

                                                                            POMERANTZ LLP

                                                                            */s/ Jennifer Pafiti*
                                                                            Jennifer Pafiti (SBN 282790)
                                                                            1100 Glendon Avenue, 15th Floor
                                                                            Los Angeles, California 90024
                                                                            Telephone: (310) 405-7190
                                                                            jpafiti@pomlaw.com

                                                                            POMERANTZ LLP
                                                                            Jeremy A. Lieberman
                                                                            J. Alexander Hood II
                                                                            600 Third Avenue, 20th Floor
                                                                            New York, New York 10016
                                                                            Telephone: (212) 661-1100
                                                                            Facsimile: (212) 661-8665
                                                                            jalieberman@pomlaw.com
                                                                            ahood@pomlaw.com

                                                                            *Attorneys for Plaintiff*